# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **CRIMINAL ACTION NO.** |
| | **5:22-cr-00013-TES-CHW-1** |
| **THOMAS DEWAYNE HODGES,** | |
| *Defendant.* | |

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL
## IN THE INTERESTS OF JUSTICE

Before the Court is Defendant Thomas Hodges' Unopposed Motion to Continue Trial [Doc. 20]. On March 8, 2022, the Government obtained an indictment charging Defendant with Possession of a Firearm by a Person Convicted of a Misdemeanor Crime of Domestic Violence in violation of 18 U.S.C. §§ 922(g)(9), 924(a)(2). [Doc. 1]. Defendant entered a plea of not guilty on August 24, 2022. [Doc. 17].

Defendant seeks a continuance because discovery has not yet been provided and "counsel for the defense will need time to review discovery and discuss a possible defense with [Defendant]." [Doc. 20, p. 1]. So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Unopposed Motion to Continue Trial [Doc. 20], and this case and its pretrial conference are **CONTINUED** to the Court's next regularly scheduled Trial Term—December 11, 2022. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the

public and Defendant in a speedy trial and are in accordance with the considerations

required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

     **SO ORDERED**, this 13th day of September, 2022.

S/ Tilman E. Self, III

**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
